No. 10464. FRANCES BROWN, PLAINTIFF AND APPELLANT, v. STATE BOARD OF EDUCATION of the State of Montana, a body politic, H. L. STEELE, L. J. AIKEN and LYLE COOPER, DEFENDANTS AND RESPONDENTS.

Decided June 20, 1962.

374 P.2d 114.

PER CURIAM.

Application for order to reinstate temporary restraining order heretofore dissolved by the District Court.

The Court being of the opinion that applicant has an adequate remedy at law, the application is denied.

MR. JUSTICE ADAIR dissented.